UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-03071 RGK (Ex) | Date | March 26, 2008 |
|---|---|---|---|
| Title | LISSETTE SAAVEDRA v. CITY OF BELL GARDENS, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                                         Not Present

**Proceedings:**     **(IN CHAMBERS)** OSC RE: LATE FILED OPPOSITION

Court records show that Plaintiff's Opposition to Defendants' Motion for Summary Judgment was electronically filed on March 24, 2008, a week late. Plaintiff is ordered to show cause in writing why her Opposition should not be stricken as untimely. Plaintiff's response to OSC must be filed no later than 12:00 p.m., March 27, 2008. Failure by Plaintiff to timely file her response to this OSC will result in the immediate striking of her late filed Opposition.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |