1  Frank J. D'Oro [Bar No. 81832]
   *fdoro@wzllp.com*
2  Paul J. Lipman [Bar No. 153984]
   *plipman@wzllp.com*
3  WESIERSKI & ZUREK LLP
   1000 Wilshire Boulevard, Suite 1750
4  Los Angeles, California 90017
   Telephone: (213) 627-2300
5  Facsimile: (213) 629-2725

6  Attorneys for Defendant
   MANUEL ORTEGA

8              UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lissette Saavedra, | CASE NO. CV07-03071 RGK (EX) |
| Plaintiff, | *Honorable R. Gary Klausner* |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANT ORTEGA** |
| City of Bell Gardens, a Municipal Corporation; Manuel Ortega, an individual and Chief, Bell Gardens Police; Jennifer Rodriguez, an individual and Councilwoman, City of Bell Gardens; and Does 1 THROUGH 25, inclusive, | |
| Defendants. | |

   This case came on for hearing before the Court and was ruled on, on April 9, 2008, the Honorable R. Gary Klausner, United States District Judge presiding, on defendant Manuel Ortega's Motion for Summary Judgment. The moving and opposing papers and evidence having been fully considered, the issues having been duly heard and a decision having been duly rendered by written order dated April 9, 2008,

26  / / /
27  / / /
28  / / /

Crw-0046\Pld\judgment.041108.vt.doc

1  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the
2  action be dismissed on the merits as against Manuel Ortega, and that defendant
3  Manuel Ortega recover its costs.
4  DATED: April 22, 2008

*Gary Klausner*

_____
United States District Judge